UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| ANTHONY J. LASORSO | ) | CASE NO. 14-82724 |
| | ) | |
| | ) | |
| Debtor(s). | ) | |

**TRUSTEE'S MOTION TO DISMISS**

NOW COMES Lydia S. Meyer, the standing Chapter 13 Trustee for the United States Bankruptcy Court for the Northern District of Illinois, Western Division, and for her Motion to Dismiss states as follows:

1. The debtor(s) filed herein a Voluntary Petition pursuant to Chapter 13 of the United States Bankruptcy Code on 9/8/2014.

2. The Chapter 13 Plan filed herein was confirmed on 1/23/2015.

3. Based on information provided to the Trustee by the Illinois Division of Child Support Services, the debtor has failed to remain current with his on-going child support obligations.

WHEREFORE, the Trustee respectfully requests that this case be dismissed pursuant to 11 U.S.C. §1307(C) 11 for failure to pay a domestic support obligation that becomes payable after the date of the filing of the petition.

/s/Lydia S. Meyer
LYDIA S. MEYER, Trustee

LYDIA S. MEYER, Trustee
308 West State Street, Suite 212
Post Office Box 14127
Rockford, IL  61105-4127
Telephone:  815-968-5354
Fax:  815-968-5368